IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENANCIO RODRIGUEZ GONZALES, | ) | 1:06cv0083 DLB |
| | ) | |
| | ) | ORDER DISCHARGING |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | (Document 15) |
| | ) | |
| | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| vs. | ) | |
| | ) | |
| JO ANNE BARNHART, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   On January 25, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On September 6, 2006, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief.

   On September 7, 2006, Plaintiff responded to the order to show cause and explained that the opening brief was not filed because of an oversight. Plaintiff also requests an additional thirty days to file his confidential letter brief.

1

1  Accordingly, the order to show cause is DISCHARGED.  Plaintiff is GRANTED an
2 additional thirty (30) days from the date of service of this order within which to file his confidential
3 letter brief.
4  IT IS SO ORDERED.
5  Dated:   **September 12, 2006**                           **/s/ Dennis L. Beck**
   3b142a                                                UNITED STATES MAGISTRATE JUDGE